**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **TINO MARINO,** ) | |
| ) | |
| **Plaintiff** ) | |
| **v.** ) | **Civil No.   08-326-B-S** |
| ) | |
| **COMMISSIONER MAGNUSSON, et al.,** ) | |
| ) | |
| **Defendant** ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 34) filed April 28, 2009, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Defendant's Motion to Dismiss (Docket No. 24) is **DENIED** as to the 42 U.S.C. § 1983 claim and as to the state law claims.

_/s/ George Z. Singal_____ __
United States District Judge

Dated this 18th day of May, 2009.