UNITED STATES DISTRICT COURT
FOR THE STATE OF MAINE

TINO MARINO
of Bangor Maine
    Plaintiff

v                                      CASE NO: 1:08-CV-326

WARREN MAGNUSSON
Commissioner of Department of Corrections
State of Maine, et al

AFFIDAVIT

My name is Ira Scherr, I live in Waldoboro, Maine. I was a correctional officer from August, 2003 to July, 2008. I was a union representative for most of that time, up to and including being the President of the correctional officers union, AFSCME local 2968.

In my professional opinion, and an opinion repeatedly reported to every administrative officer of the department of corrections, up to and including the Commissioner and the Joint Standing Committee on Labor, chaired by Senator Ethan Strimling, I have reported a corporate culture at the Maine State Prison rife with corruption, harassment and retaliation against correctional officers by all levels of administration up to and including Warden Jeffrey Merrill. I have reported incompetence on the part of supervisory staff, and in particular the gross incompetence of Sergeant James O'Farrell, Jr. I reported this directly to Deputy Warden James O'Farrell, Sr., his father.

I personally witnessed retaliation and harassment against numerous officers for actually following orders, and have been expressly ordered by the Warden to ignore any direct orders given by supervisors if they conflict with written post orders, regardless of the situation.
Under this regime it was totally impossible to follow orders, as all orders changed and were countermanded on an hourly basis. Conflicting versions of post orders were distributed throughout the prison. Neither Deputy Warden O'Farrell, Warden Merrill, nor supervisory staff would correct this when told. They would lie and misrepresent their particular versions of reality, then retaliate against anybody complaining.

Numerous officers were afraid to report abusive behavior by supervisors for fear of retaliation, or had their complaints ignored. The Commissioner of the Department of Corrections has confirmed in statements to the Joint Standing Committee on Labor that the administrative staff and supervisory staff at the Maine State Prison did indeed retaliate against line staff and that he had been

unsuccessful in stopping it.

I know of no instance when Deputy Warden O'Farrell investigated any complaints brought to him about his son, Sergeant James O'Farrell, Jr. and he never responded to the complaints of incompetence I personally brought to him, especially on one occasion when Sergeant O'Farrell had been a sergeant for less than six months and therefore still on probation when I as the Unit Chair and Officer Damon Howarth, who was my chief steward went to Deputy warden O'Farrell with multiple complaints about his son. We warned him that his son was on a course to get in trouble. Sergeant O'Farrell did not do his job correctly or professionally. Supervisory staff and his father covered for him and protected his position in light of repeated warnings. I know of Officer Flo Harrelson who complained about sexual harassment by Sergeants, including O'Farrell and being ignored, and I personally sat in on a disciplinary interview of an officer who stated that Sergeant O'Farrell was incompetent as a Sergeant and was not sergeant material, and he was drummed out of the job by Deputy Warden O'Farrell.

Date: January 26, 2010

Sworn to:

*Ira Scherr*
Ira Scherr

## OATH

Before me appeared Ira Scherr and made oath that the above statement is true and correct, on personal knowledge unless otherwise indicated, and as to matters stated on information and belief, the affiant believes them to be true and correct.

January 26, 2010

January 29, 2010

*Stephanie LaBelle*
Notary Public or Attorney

STEPHANIE LABELLE
Notary Public, Maine
Commission Expires January 4, 2015